DETJEN, J.,
Concurring and Dissenting.—I concur in part I. of the majority opinion. As to part II., I agree the order designating Robert Angel Zamora’s (defendant) conviction a felony must be reversed and the matter remanded for further proceedings not inconsistent with this opinion. Defendant’s prior juvenile adjudication for sexual battery (Pen. Code, § 243.4) does not disqualify him from misdemeanor treatment under Health and Safety Code section 11377, subdivision (a).
Both Health and Safety Code section 11377, subdivision (a), and Penal Code section 1170.18, subdivision (i), exclude persons with one or more prior convictions for an offense specified in clause (iv) of subparagraph (C) of paragraph (2) of subdivision (e) of Penal Code section 667, and persons with one or more prior convictions for an offense requiring registration pursuant to subdivision (c) of Penal Code section 290. Defendant’s prior juvenile adjudication for violation of Penal Code section 243.4 is not one of the offenses *741 listed in Penal Code section 667, subdivision (d)(1), (2), or (e)(2)(C)(iv), nor is it one listed in Welfare and Institutions Code section 707, subdivision (b). It is also not an offense requiring registration pursuant to subdivision (c) of Penal Code section 290. (In re Derrick B. (2006) 39 Cal.4th 535, 540 [47 Cal.Rptr.3d 13, 139 P.3d 485] [the language of “conviction” and “sentencing” in a statute allowing for a sex offender registration order construed to apply only in cases of adult convictions]; see Pen. Code, § 290, subd. (c) [any person who has been convicted in any court of Pen. Code, § 243.4 is required to register]; People v. Sledge (2017) 7 Cal.App.5th 1089, 1099 [213 Cal.Rptr.3d 265] [felony juvenile adjudication is a disqualifying prior conviction within the meaning of Pen. Code, § 1170.18, subd. (i) if it is one of the super strike offenses listed in Pen. Code, § 667, subd. (e)(2)(C)(iv); is either an offense listed in Welf. & Inst. Code, § 707, subd. (b), or an offense described in Pen. Code, § 667, subd. (d)(1) or (2) as a serious or violent felony; and if all the other conditions set out in Pen. Code, § 667, subd. (d)(3) are satisfied] rev. denied May 10, 2017, S240290.)
To the extent, however, the reasoning of the majority opinion can be interpreted either to expand or to qualify this conclusion, I disagree with it.